460 A.2d 868

Moore, Appellant v. Brown.

634

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.